**DESERT DIET DEVELOPMENT CORP.,**
**Appellant,**

v.

**Charles W. HERBERT, Walter T. Moll, and Melvin Hellwitz, Appellees.**

No. 20841.

United States Court of Appeals
Ninth Circuit.

April 6, 1967.

Clague A. VanSlyke, Tucson, Ariz., for appellant.

Charles D. McCarty, Tucson, Ariz., for appellees.

Before JERTBERG and MERRILL, Circuit Judges, and MATHES, District Judge.

PER CURIAM:

The order of the District Court affirming the order of the Referee in Bankruptcy, which approved a creditors' petition for an involuntary reorganization of appellant in accordance with the provisions of Chapter X of the United States Bankruptcy Act, is affirmed.

---

**Lyndell WILSON, Appellant,**

v.

**The OHIO RIVER COMPANY, a corporation, Appellee.**

No. 10982.

United States Court of Appeals
Fourth Circuit.

Argued March 9, 1967.

Decided April 3, 1967.

See also D.C., 234 F.Supp. 283; D.C., 236 F.Supp. 96.

Harry Alan Sherman, Pittsburgh, Pa. (Chad W. Ketchum, Huntington, W. Va., on brief), for appellant.

Harold R. Schmidt, Pittsburgh, Pa. (R. Gregory McNeer, Huntington, W. Va. and Anthony J. Polito, Pittsburgh, Pa., Campbell, McNeer, Woods, Bagley & Emerson, Huntington, W. Va., and Rose, Schmidt & Dixon, Pittsburgh, Pa., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, CRAVEN, Circuit Judge, and SIMONS, District Judge.

PER CURIAM:

In this appeal from a judgment entered upon the verdict of a jury, we find an adequate basis for the jury's factual determination. It was not bound to accept uncritically the plaintiff's testimonial claim.

We find no merit in the other contentions of trial error.

Affirmed.